UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| SAMUEL BACK, *et al.*, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CV-5-GNS-HBB |
| | ) | |
| | ) | |
| RAY JONES TRUCKING, INC., *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### DEFENDANTS' REFILED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 23 CLASS CERTIFICATION

Come the Defendants, by counsel, and hereby submit the following as its Refiled Response to Plaintiff's Motion for Rule 23 Class Certification.

Defendants filed a Response to Plaintiff's Motion for Rule 23 Class Certification (DN 80) and a corresponding Motion to file under seal due to an exhibit being labeled confidential under an Agreed Protective Order. The undersigned has obtained permission to file a redacted copy of the exhibit to avoid filing the Motion under seal. Accordingly, Defendants request that their Refiled Response to Plaintiff's Motion for Rule 23 Class Certification with the redacted exhibit replace the original Motion, DN 80.

Respectfully submitted,

Hon. Cynthia L. Effinger (KBA #87298)
McBRAYER PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
(502) 327-5400
ceffinger@mcbrayerfirm.com

        and

        Hon. Jason R. Hollon (KBA #96148)
        McBRAYER PLLC
        201 East Main Street, Suite 900
        Lexington, Kentucky 40507
        (859) 231-8780
        jhollon@mcbrayerfirm.com

BY:   */s/ Cynthia L. Effinger*
        CYNTHIA L. EFFINGER
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed with the Clerk of Court utilizing its CM/ECF system, which will provide electronic service to all counsel of record, on this the 23rd day of September, 2024.

        */s/ Cynthia L. Effinger*
        CYNTHIA L. EFFINGER
        *Counsel for Defendants*

4878-3822-8200, v. 1