## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

| | | |
|---|---|---|
| SAMUEL BACK,<br>on Behalf of Himself and All<br>Others Similarly-Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>RAY JONES TRUCKING, INC.,<br>TERESA JONES, GRANT JONES and<br>STEVEN JONES,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **PROPOSED COLLECTIVE ACTION**<br>**UNDER FLSA AND CLASS ACTION**<br>**UNDER KWHA**<br><br>CASE NO.    4:22-cv-5-GNS<br><br><br><br>**JURY DEMANDED** |

## PARTIES' JOINT MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Samuel Back ("Plaintiff"), individually and on behalf of the Settlement Class

defined below, and Defendants Ray Jones Trucking, Inc., Teresa Jones, Grant Jones and

Steven Jones ("Defendant"), through their undersigned counsel, respectfully move this Court

for an Order:

1.      Granting preliminary approval of the Class Action Settlement, pursuant to the

Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 hereto

(the "Settlement");

2.      Preliminarily finding that the Settlement is fair, reasonable, and adequate pursuant

to FED. R. Crv. P. 23(e);

3.      Preliminarily and conditionally certifying the Settlement Class as a class action pursuant to FED. R. CIV. P. 23(a) and (b)(3), pending final approval of the Settlement Agreement, the Settlement Class being comprised of all current and former truck driver employees of Ray Jones Trucking, Inc. who were not paid at an overtime rate of pay for such employee's work in excess of forty hours in one or more workweeks from January 8, 2017 though November 20, 2024 (the "Applicable Class Period")

4.      Preliminarily appointing Plaintiff as the Settlement Class Representative and preliminarily approving a service awards of $20,000.00 to Plaintiff pursuant to the Settlement;

5.      Preliminarily appointing Law Office of Mark N. Foster, PLLC as Class Counsel;

6.      Approving the form and method of Notice of Settlement, as set forth in the Settlement and the proposed Preliminary Approval Order;

7.      Scheduling the final approval hearing for a date approximately one hundred (100) days after the Court's Order to consider the final approval of the proposed Settlement; and

8.      Approving the following schedule and procedures for completing the settlement approval process as set forth in the Parties' Settlement Agreement:

| | |
|---|---|
| Defendants send CAFA Notice | Within ten (10) business days after the submission of the Settlement Agreement to the Court. |
| Defendants Provide Settlement Class Contact Information | Within ten (10) business days after issuance of the Court's Preliminary Approval Order. |
| Notice Sent by Class Counsel | Within ten (10) days of receiving the Settlement Class List. |
| Plaintiff's Motion for Approval of Attorneys' Fees, Costs, and Service Awards | Due ten (10) business days before the Objection and Opt-Out Deadline stated in Notice to Class Members |
| Deadline to postmark objections or requests for exclusion | Forty-five (45) days after the Notice of Settlement is initially mailed by Class Counsel. |
| Motion for Final Approval of Class Action | Due ten (10) business days before Final Approval Hearing Date |

| Hearing on Final Approval of Settlement (Fairness Hearing) | Approximately one hundred (100) days after entry of the Court's Order on this Motion, at the Court's discretion.  Based on the above schedule, if the Court grants preliminary approval in August, 2025 and the Court's schedule allows a final approval hearing to be scheduled in November or December, 2025, the Parties request a final approval hearing in November or December, 2025. |
|---|---|

This Motion is based on the accompanying Memorandum of Law, the accompanying exhibits hereto, and all other records, pleadings, and papers on file in this action. The Parties' proposed Preliminary Approval Order is submitted for the Court's consideration.

Respectfully submitted,

/s/Mark N. Foster
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
Tel.: (270) 213-1303
Mfoster@MarkNFoster.com
*Attorney for Plaintiff*
*and the Proposed Class*

/s/Cynthia L. Effinger with Permission
By Mark N. Foster
Cynthia L. Effinger
McBRAYER PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202 (502) 327-5400
ceffinger@mcbrayerfirm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated on the Court's CM/ECF notice of filing, this document was filed through the Court CM/ECF filing system.

/s/ Mark N. Foster
Mark N. Foster