IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| SAMUEL BACK,<br>on Behalf of Himself and All<br>Others Similarly-Situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>RAY JONES TRUCKING, INC.,<br>TERESA JONES, GRANT JONES and<br>STEVEN JONES,<br><br>    *Defendants.* | **PROPOSED COLLECTIVE ACTION<br>UNDER FLSA AND CLASS ACTION<br>UNDER KWHA**<br><br>CASE NO.   4:22-cv-5-GNS<br><br><br>**JURY DEMANDED** |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES,
LITIGATION COSTS, AND SERVICE AWARD**

Comes Plaintiff Samuel Back, by and through counsel, and moves for an award of attorney's fees and costs to compensate him for his counsel's extensive work over the past nearly four years in achieving an excellent class action settlement on behalf of current and former truck drivers that worked for Defendant Ray Jones Trucking, Inc.[1] Plaintiff also requests that a service award be made to Plaintiff as contemplated in the proposed class settlement, in recognition of the time, efforts, and contributions he made in achieving the proposed class action settlement.

All of the requested awards are in accord with the Parties' Settlement and the Notice issued to the Settlement Class, and all are subject to the Court's final approval of Settlement, including:

- an award of attorneys' fees equal to one third of the $450,000.00 Gross Settlement Amount – or $150,000.00, subject to reduction pursuant to Paragraph 30 of the Agreement in the event any class member requests exclusion from the settlement class (to date, no class member has requested exclusion).

---

[1] The Parties' Settlement is set forth in their revised Settlement Agreement, dated August 11, 2025 ("Settlement Agreement" or "Settlement"), which was previously filed with the Court. D.N. 109-1. Unless otherwise stated, all capitalized terms used herein are as defined in Settlement.

- reimbursement of $4,571.10 for Plaintiffs' Counsel expenditures for Litigation Expenses; and

- a service award of $20,000.00 for Plaintiff Samuel Back, subject to reduction pursuant to Paragraph 30 of the Agreement in the event any class member requests exclusion from the settlement class (to date, no class member has requested exclusion).

In support of this Motion, Plaintiff is filing concurrently herewith a Memorandum of Law along with the Declarations of Mark N. Foster and Samuel Back. As of the date of this filing, no objection has been received from any Settlement Class Member relating to any part of the Settlement, including the above requested awards, and no requests for exclusion have been received.

For all of the reasons above, and those submitted herewith, Plaintiffs respectfully request that the Motion be granted.[2]

Date: October 20, 2025

Respectfully submitted,

/s/ Mark N. Foster
Mark N. Foster
LAW OFFICE OF MARK N. FOSTER, PLLC
P.O. Box 869
Madisonville, KY 42431
Telephone: (270) 213-1303
Mfoster@MarkNFoster.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing through the Court's CM/ECF system on the date indicated on the Court's electronic filing receipt.

/s/Mark N. Foster
Mark N. Foster

---

[2] The requested relief will be included as part of a proposed form of Order to be submitted with Plaintiffs' motion seeking final approval of the Settlement, to be filed hereafter in advance of the Final Approval Hearing scheduled for December 16, 2025.