IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| SAMUEL BACK,<br>on Behalf of Himself and All<br>Others Similarly-Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>RAY JONES TRUCKING, INC.,<br>TERESA JONES, GRANT JONES and<br>STEVEN JONES,<br><br>    *Defendants*. | **PROPOSED COLLECTIVE ACTION<br>UNDER FLSA AND CLASS ACTION<br>UNDER KWHA**<br><br>CASE NO.   4:22-cv-5-GNS<br><br><br><br>**JURY DEMANDED** |

### JOINT MOTION FOR FINAL APPROVAL
### OF CLASS ACTION SETTLEMENT PURSUANT TO FED. R. CIV. P. 23

Comes Plaintiff Samuel Back ("Plaintiff"), individually and on behalf of the Settlement Class defined below, by and through undersigned counsel, and Defendants Ray Jones Trucking, Inc., Teresa Jones, Grant Jones, and Steven Jones, by and through counsel, and respectfully move this Court for entry of an Order:[1]

    1.    granting final approval of the Class Action Settlement, pursuant to the Parties' Settlement Agreement, FED. R. CIV. P. 23(e) and other applicable law;

    2.    granting final certification of the Settlement Class as a class action, pursuant to FED. R. CIV. P. 23(a) and (b)(3) and other applicable law, comprised of: all current and former truck driver employees of Ray Jones Trucking, Inc. who were not paid at an overtime rate of pay for

---

[1] Unless otherwise stated, all capitalized terms used herein are as defined in the Settlement Agreement, dated June 11, 2025 (the "Settlement Agreement" or "Settlement"), which was filed with the Court on June 12, 2025, as Exhibit 1 to the Parties' Joint Motion for Preliminary Approval of Class Action Settlement Pursuant to Fed. R. Civ. P. 23 (DN 242-1).

1

such employee's work in excess of forty hours in one or more workweeks from January 8, 2017 through November 20, 2024;

      3.      finding that the dissemination of the Settlement Notices met the requirements of Rule 23 and due process;

      4.      granting final approval of the appointment of Plaintiff as Settlement Class Representative, pursuant to FED. R. CIV. P. 23 and other applicable law; and

      5.      granting final approval of the appointment of Law Office of Mark N. Foster, PLLC as Class Counsel pursuant to FED. R. CIV. P. 23(g) and other applicable law.

      This Motion is based on the accompanying Memorandum of Law, along with the accompanying exhibits thereto, and all other records, pleadings, and papers on file in this action. Accordingly, Plaintiff respectfully requests that this Motion be granted and that the Court approve and enter the proposed Final Approval Order submitted herewith. The proposed Order provides for the relief requested herein as well as the relief requested in Plaintiff's Motion for Attorney's Fees, Litigation Costs, and Service Award (DN 114).

Respectfully submitted,

*/s/Mark N. Foster*
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
Tel.: (270) 213-1303
Mfoster@MarkNFoster.com
*Attorney for Plaintiff, the Collective, and the Proposed Class*

/s/*Cynthia L. Effinger* with Permission
By Mark N. Foster
Cynthia L. Effinger
McBRAYER PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202 (502) 327-5400
ceffinger@mcbrayerfirm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on the date indicated on the Court's electronic filing receipt.

*/s/Mark N. Foster*
Mark N. Foster